1  SULAIMAN LAW GROUP, LTD.
2  Bobby Charles Walker
   2500 South Highland Avenue, Suite 200
3  Lombard, IL 60148
4  Phone: (630) 575-8181 x149
   Facsimile: (630) 575-8188
5  Email: bwalker@sulaimanlaw.com
6  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILENE B. HERRERA, | **Case No.** 8:23-cv-00627-DFM |
| Plaintiff, | REQUEST FOR ENTRY OF DEFAULT |
| v. | |
| DMB FINANCIAL, LLC, | |
| Defendant. | |

**To the Clerk of the U.S. District Court for the Central District of California**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff ILENE B. HERRERA, requests that the Clerk enter the default of Defendant, DMB FINANCIAL, LLC, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the affidavit of Bobby C. Walker, Esq., attached hereto.

Dated: May 16, 2023                    Respectfully submitted,

                                       s/ Bobby C. Walker
                                       Bobby C. Walker, Esq.
                                       *Counsel for Plaintiff*
                                       SULAIMAN LAW GROUP, LTD

1

2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x149
Facsimile: (630) 575-8188
bwalker@sulaimanlawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on May 16, 2023, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served on all parties of record via CM/ECF, electronic mail and by U.S. Certified mail and email to the following addresses:

DMB Financial, LLC
c/o Corporation Service Company
84 State Street
Boston, Massachusetts 02109

DMB Financial, LLC
500 Cummings Center Drive, Suite 3800
Beverly, Massachusetts 01915

Respectfully submitted,

*/s/ Bobby C. Walker*
Bobby C. Walker, Esq.

2