SULAIMAN LAW GROUP, LTD.
Bobby C. Walker, Esq. (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x120
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ILENE B. HERRERA,

Plaintiff,

v.

DMB FINANCIAL, LLC,

Defendant.

**Case No.**  8:23-cv-00627-DFM

**PROPOSED ORDER ON REQUEST FOR ENTRY OF DEFAULT**

Plaintiff, Ilene B. Herrera, by and through her attorneys, having filed with this Court her Request for Entry of Default and the Court having reviewed same, hereby ORDERS:

1.     An Entry of Default shall be entered against the Defendant, DMB Financial, LLC.

Dated: _____

_____
Judge, U.S. District Court

1