```
1  SULAIMAN LAW GROUP, LTD.
2  Bobby C. Walker, Esq. (State Bar No. 321788)
   2500 South Highland Avenue, Suite 200
3  Lombard, IL 60148
4  Phone: (630) 575-8181 x120
   Facsimile: (630) 575-8188
5  Email: bwalker@sulaimanlaw.com
6  Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILENE B. HERRERA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DMB FINANCIAL, LLC,<br><br>　　　　　　Defendant. | **Case No.** 8:23-cv-00627-DFM<br><br>AFFIDAVIT FOR ENTRY OF DEFAULT |

1. I am the attorney for Plaintiff, Ilene B. Herrera, in the case captioned above.

2. On April 24, 2023, John Roberto, a process server, served DMB Financial, LLC, ("Defendant"), with a copy of the Summons and Complaint. [Dkt No. 7].

3. To date, Defendant has not filed any responsive pleading to Plaintiff's Complaint, nor has Defendant sought an extension.

4. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

1

5. To the best of my knowledge, Defendant is not an infant, not in the military, and is not an incompetent person.

*/s/ Bobby C. Walker*
Bobby C. Walker, Esq.
*Counsel for Plaintiff*

2