# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILENE B. HERRERA,<br><br>  Plaintiff,<br><br>v.<br><br>DMB FINANCIAL, LLC,<br><br>  Defendant. | Case No. 8:23-cv-00627-FWS-KES<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Plaintiff, ILENE B. HERRERA ("Plaintiff"), by and through her attorneys, having filed with this Court her Agreed Stipulation of Dismissal without Prejudice and the Court having reviewed same, now ORDERS:

1. The above captioned case is hereby dismissed, without prejudice with leave to reinstate to and including, April 10, 2024. After April 10, 2024, if there has been no timely reinstatement by the Plaintiff, the above-captioned case shall be dismissed *with Prejudice*, with each party to bear its own costs and attorneys' fees (without the necessity of any further filings by either party).

Dated: October 18, 2023

_____
Fred W. Slaughter
Judge, U.S. District Court

5949661.1 28939-800                    1